FILED

## United States District Court
### For The District of Wyoming
Kelly H. Rankin, United States Magistrate Judge

5:37 pm, 8/28/23

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| MiYon Bowden, Courtroom Deputy | August 28, 2023 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Joseph Layzell, Law Clerk | |

Case No. 22-cv-138-KHR

CHERISA APPLEHUNT
as next friend of AA            Plaintiff's Attorneys:      Diana Rhodes
                                                            Erin Vorhees

                    Plaintiff,

v.

WALGREEN COMPANY INC
                                Defendant's Attorneys:      Briana Smith
                                                            James Worthen

                    Defendant.


## COURTROOM MINUTES
### JURY TRIAL - Day 1

8:53 AM    Court in session.  Preliminary matters discussed with counsel outside the presence of prospective jurors.

9:07 AM    Court in recess to bring prospective Jurors into the courtroom.

9:20 AM    Court in session. Above participants in the presence of 24 prospective Jurors.  Opening remarks and explanation of case.  Introductions of parties and court staff.

9:32 AM    First oath given to all prospective jurors.

9:37 AM    Second oath given to all prospective jurors.  Prospective jurors are qualified.

9:43 AM    Preliminary questions asked by the Court.

| Time | Event |
|---|---|
| 9:59 AM | Voir dire by the Court |
| 10:36 AM | Court in recess. |
| 10:52 AM | Court in session. Sidebar discussion with counsel |
| 10:54 AM | Court resumes voir dire. |
| 10:56 AM | Voir dire for the Plaintiff by Diana Rhodes |
| 11:26 AM | Sidebar discussion with counsel. Juror #23 excused for cause. Juror #6 called to the jury box and preliminary questions asked by the Court. |
| 11:33 AM | Follow up voir dire of Juror #6 for the Plaintiff by Diana Rhodes |
| 11:35 AM | Voir dire for the Defendant by James Worthen |
| 11:58 AM | Panel passed for cause. Peremptory challenges commence. |
| 12:08 PM | Jurors #26, #10, #20, #2, #24, and #29 dismissed. Selected jurors given oath and instructions given by the Court. |
| 12:18 PM | Jury dismissed for lunch. Court recessed. |
| 1:34 PM | Court in session. |
| 1:35 PM | Jury brought into courtroom |
| 1:36 PM | Preliminary jury instructions read by the Court. |
| 1:58 PM | Opening statement for Plaintiff by Diana Rhodes |
| 2:28 PM | Opening statement for Defendant by James Worthen |
| 2:43 PM | Plaintiff's witness Dr. Joel Koenig sworn in. |
| 2:44 PM | Direct examination of Dr. Joel Koenig by Erin Vorhees. Plaintiff's exhibits 1, 2, 3, 4, 4a, 4b, 6, 8, 10, 11, and 19 admitted. |
| 3:30 PM | Court in recess. |
| 3:47 PM | Court in session. Jury brought back into courtroom. |
| 3:48 PM | Resume direct examination of Dr. Joel Koenig by Erin Vorhees. Demonstrative exhibits 22a, 29, 26, 25, 23, 21, 20, 27, 28, and 24 published for viewing in court. |

| | |
|---|---|
| 4:45 PM | Cross examination of Dr. Joel Koenig by James Worthen |
| 5:28 PM | Jury dismissed for the day. |
| 5:30 PM | Court recessed until 8:30 AM. |