

FILED

**Margaret Botkins**
**Clerk of Court**

4:09 pm, 8/29/23

# United States District Court
## For The District of Wyoming
Kelly H. Rankin, United States Magistrate Judge

MiYon Bowden, Courtroom Deputy  
Melanie Sonntag, Court Reporter  
Joseph Layzell, Law Clerk

August 29, 2023  
Cheyenne, Wyoming

Case No. 22-cv-138-KHR

CHERISA APPLEHUNT  
as next friend of AA            Plaintiff's Attorneys:    Diana Rhodes  
                                                          Erin Vorhees

                Plaintiff,

v.

WALGREEN COMPANY INC  
                                Defendant's Attorneys:    Briana Smith  
                                                          James Worthen

                Defendant.


## COURTROOM MINUTES
## JURY TRIAL - Day 2

| Time | Event |
|---|---|
| 8:33 AM | Court in session.  Housekeeping matters discussed with counsel outside the presence of the jury. |
| 8:47 AM | Jury brought into the courtroom |
| 8:49 AM | Resume cross examination of Dr. Joel Koenig by James Worthen |
| 9:30 AM | Redirect of Dr. Joes Koenig by Erin Vorhees |
| 9:45 AM | Witness Dr. Joel Koenig released . Sidebar discussion with the Court. |
| 9:47 AM | Court in recess |
| 10:05 AM | Court in session |

| Time | Event |
|---|---|
| 10:07 AM | Jury brought into the courtroom |
| 10:08 AM | Plaintiff's witness Christon Carpenter sworn in.  Direct testimony by Erin Vorhees. |
| 10:15 AM | Sidebar discussion with counsel |
| 10:18 AM | Resume direct examination of Christon Carpenter by Erin Vorhees.  Plaintiff's Exhibit 18 admitted. |
| 10:41 AM | Witness Christon Carpenter dismissed |
| 10:43 AM | Plaintiff's witness John Applehunt sworn in.  Direct examination by Erin Vorhees. |
| 11:10 AM | Cross examination of John Applehunt by Briana Smith |
| 11:17 AM | Witness John Applehunt dismissed |
| 11:18 AM | Plaintiff's witness Dr. Danae Stampfli sworn in.  Direct examination by Diana Rhodes |
| 11:56 AM | Cross examination of Dr. Danae Stampfli by Briana Smith |
| 12:09 PM | Redirect examination of Dr. Danae Stampfli by Diana Rhodes |
| 12:13 PM | Plainitff's witness Dr. Danae Stampfli dismissed.  Jury dismissed for lunch. |
| 12:14 PM | Housekeeping matters discussed with counsel |
| 12:17 PM | Court recessed for lunch |
| 1:35 PM | Court in session |
| 1:37 PM | Jury brought into the courtroom. |
| 1:38 PM | Plaintiff's witness Cherisa Applehunt sworn in.  Direct examination by Diana Rhodes |
| 2:16 PM | Cross examination of Cherisa Applehunt by James Worthen |
| 2:51 PM | Redirect examination of Cherisa Applehunt by Diana Rhodes |
| 2:52 PM | Plaintiff's witness Cherisa Applehunt dismissed.  Jury dismissed for brief recess. |
| 2:54 PM | Housekeeping matters discussed with counsel outside the presence of the Jury |
| 2:58 PM | Court in recess |

| | |
|---|---|
| 3:07 PM | Court in session.  Jury brought back into courtroom |
| 3:08 PM | Plaintiff's exhibit 17 admitted.  Plaintiff rests. |
| 3:09 PM | Jury dismissed until 8:30 AM |
| 3:10 PM | Court heard arguments on Defendants oral motion for a directed verdict |
| 3:30 PM | Court denies Defendant's motion |
| 3:35 PM | Court in recess. |