

**FILED**

4:21 pm, 8/30/23

**Margaret Botkins**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Kelly H. Rankin, United States Magistrate Judge

| | |
|---|---|
| MiYon Bowden, Courtroom Deputy | August 30, 2023 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Joseph Layzell, Law Clerk | |

Case No. 22-cv-138-KHR

CHERISA APPLEHUNT
as next friend of AA                    Plaintiff's Attorneys:    Diana Rhodes
                                                                  Erin Vorhees

                    Plaintiff,

v.

WALGREEN COMPANY INC
                                        Defendant's Attorneys:   Briana Smith
                                                                 James Worthen

                    Defendant.


## COURTROOM MINUTES
## JURY TRIAL - Day 3

8:33 AM     Court in session. Housekeeping matters discussed with counsel outside the presence of the jury.

8:35 AM     Jury brought into the courtroom.

8:37 AM     Defendant's witness Dr. Alexa Camarena-Michel sworn in. Direct examination by Briana Smith

8:51 AM     Sidebar discussion with counsel

8:54 AM     Resume direct examination of Dr. Alexa Camarena-Michel

8:59 AM     Sidebar discussion with counsel

| Time | Event |
|---|---|
| 9:07 AM | Resume direct examination of Dr. Alexa Camarena-Michel |
| 9:10 AM | Sidebar discussion with counsel |
| 9:11 AM | Resume direct examination of Dr. Alexa Camarena-Michel |
| 9:30 AM | Cross examination of Dr. Alexa Camarena-Michel by Erin Vorhees |
| 9:32 AM | Sidebar discussion with counsel |
| 9:34 AM | Resume cross examination of Dr. Alexa Camarena-Michel |
| 9:40 AM | Sidebar discussion with counsel |
| 9:42 AM | Resume cross examination of Dr. Alexa Camarena-Michel |
| 9:59 AM | Redirct examination of Dr. Alexa Camerena-Michel by Briana Smith |
| 10:01 AM | Sidebar discussion with counsel.  Resume redirect examination of Dr. Alexa Camarena-Michel |
| 10:16 AM | Sidebar discussion with counsel |
| 10:18 AM | Resume redirect examination of Dr. Alexa Camarena-Michel |
| 10:20 AM | Re-cross examination of Dr. Alexa Camerena-Michel by Erin Vorhees |
| 10:21 AM | Jury dismissed for morning recess. |
| 10:22 AM | Court in recess |
| 10:36 AM | Court in session.  Jury brought in courtroom |
| 10:38 AM | Defendant's witness Dr. Santa Bartholomew sworn in.  Direct examination by James Worthen |
| 10:49 AM | Sidebar discussion with counsel |
| 10:51 AM | Resume direct examination of Dr. Santa Bartholomew.  Defendant's demonstrative Exhibit S, T, and U admitted. |
| 11:45 AM | Cross examination of Dr. Santa Bartholomew by Erin Vorhees |
| 12:06 PM | Jury dismissed for lunch. |
| 12:07 PM | Court in recess until 12:20 PM |

| Time | Event |
|---|---|
| 1:22 PM | Court in session.  Jury brought back into courtroom. |
| 1:23 PM | Resume cross examination of Dr. Santa Bartholomew.  Plaintiff's demonstrative exhibit 35 admitted. |
| 1:50 PM | Redirect examination of Dr. Santa Bartholomew by James Worthen |
| 2:11 PM | Re-cross examination of Dr. Santa Bartholomew by Erin Vorhees |
| 2:14 PM | Witness dismissed.  Defense rests. Jury dismissed for afternoon recess. |
| 2:15 PM | Housekeeping matters discussed with counsel outside the presence of the Jury |
| 2:19 PM | Defendant renews oral motion for directed verdict.  After hearing the arguments of the parties, Court takes matters under advisement. |
| 2:28 PM | Court discusses further housekeeping matters. |
| 2:45 PM | Court in recess until 3:15 PM |
| 3:17 PM | Court in session.  Counsel given a few more minutes to review jury instructions |
| 3:22 PM | Jury brought into the courtroom |
| 3:24 PM | Jury instructions read by the Court |
| 3:40 PM | Closing statements for the Plaintiff by Diana Rhodes |
| 3:54 PM | Closing statements for the Defendant by James Worthen |
| 4:15 PM | Closing statements for Plaintiff by Erin Vorhees |
| 4:24 PM | Sidebar discussion with counsel |
| 4:27 PM | Resume Plaintiff's closing statement by Erin Vorhees |
| 4:35 PM | Final instructions read to the Jury |
| 4:38 PM | Bailiff sworn in |
| 4:40 PM | Jury dismissed for deliberations |
| 4:41 PM | Housekeeping matters discussed with counsel |
| 4:42 PM | Court in recess. |