

United States District Court
District of Wyoming
Exhibits Log: 22-CV-138-KHR
Applehunt v. Walgreen Company Inc., 8/28/2023

4:54 pm, 8/30/23

**Margaret Botkins**
**Clerk of Court**

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-A | Anschutz Medical Campus Records | No | | |
| Def-B | Cheyenne Childrens Clinic Records | No | | |
| Def-C | King Soopers Pharmacy Records | No | | |
| Def-D | Walgreens Pharmacy Record | No | | |
| Def-E | Judge Rosenbergs Omnibus Order | No | | |
| Def-F | Micromedex Ranitidine Drug Summary | No | | |
| Def-G | Abstracts of 2005 North American Congress | No | | |
| Def-H | Overdose in young children | No | | |
| Def-I | North Star Pharmacy Records | No | | |
| Def-J | Photo of Walgreens Bottle | No | | |
| Def-K | Childrens Clinic CRMG Phys Clinics Records | No | | |
| Def-L | Cheyenne Regional Medical Center Records | No | | |
| Def-M | BestMed Urgent Care Medical Records | No | | |
| Pla-1 | Medical records 042419 | No | 8/28/2023 2:55 PM | 8/28/2023 2:55 PM |
| Pla-2 | Medical records 102016 | No | 8/28/2023 2:55 PM | 8/28/2023 2:55 PM |
| Pla-3 | Medical records 070216 | No | 8/28/2023 2:55 PM | 8/28/2023 2:55 PM |
| Pla-4 | Medical records 081916 | No | 8/28/2023 2:55 PM | 8/28/2023 2:55 PM |
| Pla-4-a | X-ray of Abdomen 10/17/16 | No | 8/28/2023 2:55 PM | 8/28/2023 2:55 PM |
| Pla-4-b | Imaging report 101716 | No | 8/28/2023 2:55 PM | 8/28/2023 2:55 PM |
| Pla-6 | Medical records CRMC 030517 | No | 8/28/2023 2:56 PM | 8/28/2023 2:56 PM |
| Pla-7 | King Soopers Pharm | No | | |
| Pla-8 | Walgreens pharmacy records | No | 8/28/2023 2:56 PM | 8/28/2023 2:56 PM |
| Pla-9 | North Star Pharmacy records | No | | |
| Pla-10 | Prescription bottle of Ranitidine | No | 8/28/2023 2:56 PM | 8/28/2023 2:56 PM |
| Pla-11 | Instructions from Dr Stampfli | No | 8/28/2023 2:56 PM | 8/28/2023 2:56 PM |
| Pla-17 | Life Expectancy Tables | No | 8/29/2023 2:56 PM | 8/29/2023 2:56 PM |
| Pla-18 | Picture of AA | No | | |
| Pla-19 | Medical records Anschutz GI 062823 | No | 8/28/2023 2:56 PM | 8/28/2023 2:56 PM |