**FILED**



1:27 pm, 8/31/23

**Margaret Botkins**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Kelly H. Rankin, United States Magistrate Judge

MiYon Bowden, Courtroom Deputy
Melanie Sonntag, Court Reporter
Joseph Layzell, Law Clerk

August 31, 2023
Cheyenne, Wyoming

Case No. 22-cv-138-KHR

CHERISA APPLEHUNT
as next friend of AA

Plaintiff's Attorneys:   Diana Rhodes
                         Erin Vorhees

Plaintiff,

v.

WALGREEN COMPANY INC

Defendant's Attorneys:   Briana Smith
                         James Worthen

Defendant.

## COURTROOM MINUTES
## JURY TRIAL - Day 4

10:10 AM    Court in session

10:11 AM    Jury brought into the courtroom

10:12 AM    Verdict read by the Court  Verdict for the Defendant.

10:13 AM    Jury polled.

10:14 AM    Court thanks Jury for their service.

10:18 AM    Court adjourned.