

FILED

**Margaret Botkins**
**Clerk of Court**

3:46 pm, 8/31/23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

CHERISA APPLEHUNT, as next of friend of A.A., a minor,

    Plaintiff,

vs.

WALGREEN COMPANY, INC., d/b/a WALGREENS, A Foreign Corporation,

    Defendants.

Case No. 22-CV-138-KHR

## JUDGMENT IN CIVIL ACTION

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Walgreens is entitled to judgment in its favor upon the jury's finding the overdose of Zantac did not cause damages to Plaintiff A.A.

Dated this 31st day of September, 2023.

_____
Kelly H. Rankin
United States Magistrate Judge